**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Micah Anderson | Case No.: 2:20-cv-01503-JAD-DJA |
| Petitioner | |
| v. | **Order Dismissing Action** |
| CCDC Administration, *et al.*, | ECF No. 1 |
| Respondents | |

This action is a petition for a writ of habeas corpus by Micah Anderson, who is apparently incarcerated at the Clark County Detention Center. Anderson submitted his habeas petition[1] for filing on August 13, 2020. He did not pay the $5 filing fee, and he did not submit an application to proceed *in forma pauperis*. Anderson's habeas petition also was not prepared on the form approved by the court, and it is incomplete and plainly without merit.[2]

For these reasons, the court summarily dismisses this case without prejudice to Anderson's ability to initiate a new habeas corpus action in this court. If Anderson wishes to initiate a habeas corpus action in this court, he must (1) submit a fully completed petition for writ of habeas corpus on a correct form; and (2) either pay the correct filing fee ($5) or submit a fully completed application to proceed *in forma pauperis* on the court-required form.

IT IS THEREFORE ORDERED that **this action is DISMISSED** without prejudice, and the Clerk of the Court is directed to **ENTER JUDGMENT ACCORDINGLY**. **A certificate of appealability is DENIED** because jurists of reason would not find debatable whether the court is correct in dismissing this action;

---

[1] ECF No. 1.

[2] *See* LSR 3-1.

IT IS FURTHER ORDERED that **the Clerk of the Court is directed to:**

- **SEND** to the Petitioner
    - A copy of this order;
    - Two copies of the form for a petition for a writ of habeas corpus;
    - Two copies of the form for an application to proceed *in forma pauperis* for a prisoner; and
    - Any available instructions regarding those forms;
- **ADD** Aaron D. Ford, Attorney General of the State of Nevada, to the docket for this case as counsel for the Respondents; and
- **SERVE** the Respondents with a copy of the habeas petition (ECF No. 1-1) and a copy of this order.  Respondents need take no action with respect to this case.

Dated: August 24, 2020.

_____
U.S. District Judge Jennifer A. Dorsey